In re **Philip Allan Lord,**      Case No. **09-45940 PHB**
      **Rhonda Heather Lord**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED add 1990 Honda Accord

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | **C** | **25.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank accout for debtor at Security State Bank** | **C** | **5,000.00** |
| | | | **Bank account for joint debtor at Bank of America** | **C** | **500.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings including television and stereo equipment** | **C** | **800.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books pictures cds dvds and miscellaneous** | **C** | **250.00** |
| 6. | Wearing apparel. | | **Wearing apparel** | **C** | **600.00** |
| 7. | Furs and jewelry. | | **Miscellaneous jewelry** | **C** | **200.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Fishing gear and video camera** | **C** | **400.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **X** | | | |
| 10. | Annuities. Itemize and name each issuer. | **X** | | | |

                                                          Sub-Total >    **7,775.00**
(Total of this page)

**3** continuation sheets attached to the Schedule of Personal Property

In re **Philip Allan Lord,**
**Rhonda Heather Lord** Case No. **09-45940 PHB**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED add 1990 Honda Accord
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Interest in Philip Lord Construction and contractor's business license** | **C** | **1,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **1,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Philip Allan Lord,** Case No. **09-45940 PHB**
**Rhonda Heather Lord**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED add 1990 Honda Accord
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Subaru WRX purchased August 2008 with 10K miles, value per NADA<br>Joint debtor will keep and make the payments | C | 22,450.00 |
| | | 2006 Dodge Ram 4X4 truck value per NADA clean retail $27,675 | C | 27,675.00 |
| | | 2002 YFS 200P Yamaha Blaster 4 wheel ATV, value per NADA | C | 790.00 |
| | | 2006 Moto Cross CRF 450R6 value per NADA | C | 2,770.00 |
| | | 2006 YFS 200SEV Blaster SE 4 Wheel ATV | C | 1,420.00 |
| | | 2006 RM 85K Motocross | C | 1,380.00 |
| | | 1998 Yamaha 4 wheel ATV YFS 200K blaster | C | 720.00 |
| | | 1990 Honda Accord, does not run | C | 50.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Sub-Total > **57,255.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **Philip Allan Lord,**  Case No. __09-45940 PHB__
      **Rhonda Heather Lord**
                                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED add 1990 Honda Accord
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | | **3 dogs** | **C** | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Computer and fax** | **C** | **300.00** |
| | | **Hand tools, framing tools, foundation panels and miscellaneous forming materials** | **C** | **7,500.00** |
| | | **Lawn equipment and bicycles** | **C** | **450.00** |

                                                Sub-Total >  **8,250.00**
                                           (Total of this page)
Sheet __3__ of __3__ continuation sheets attached              Total >  **74,280.00**
to the Schedule of Personal Property                               (Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Philip Allan Lord,**  
      **Rhonda Heather Lord**

Case No. __09-45940 PHB__

Debtors

# AMENDED add 1990 Honda Accord
# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx5208** <br><br>**American General Finan** <br>**1000 Kresky Ave Ste A** <br>**Centralia, WA 98531** | | C | Opened 3/26/09 Last Active 6/30/09 <br> Non PMSI <br> HouseholdGoodsAndOtherCollateralAuto including 1990 Honda Accord <br> Value $    **0.00** | | | | **14,761.00** | **14,761.00** |
| Account No. **xxxxxxxxxx5101** <br><br>**Chase Manhattan** <br>**Attn: Bk Research Dept** <br>**3415 Vision Dr** <br>**Columbus, OH 43219** | | C | Opened 8/01/08 Last Active 6/30/09 <br> PMSI - Subaru - Joint Debtor will pay <br> 2008 Subaru WRX purchased August 2008 with 10K miles, value per NADA Joint debtor will keep and make the payments <br> Value $    **22,450.00** | | | | **22,730.00** | **280.00** |
| Account No. **xxxxxx6956** <br><br>**Chrysler Financial** <br>**27777 Franklin Rd** <br>**Southfield, MI 48034** | | H | Opened 4/01/06 Last Active 6/12/09 <br> PMSI - Dodge Ram - Debtor will pay <br> 2006 Dodge Ram 4X4 truck value per NADA clean retail $27,675 <br> Value $    **27,675.00** | | | | **23,062.00** | **0.00** |
| Account No. **xxxx5435** <br><br>**Les Schwab Tire Center** <br>**Po Box 5350** <br>**Bend, OR 97708** | | H | Opened 4/27/06 Last Active 5/14/09 <br> ChargeAccount <br><br> Value $    **Unknown** | | | | **1,098.00** | **Unknown** |
| __1__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **61,651.00** | **15,041.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re **Philip Allan Lord,** Case No. **09-45940 PHB**
**Rhonda Heather Lord**
,
Debtors

# AMENDED add 1990 Honda Accord
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lewis County Assessor**<br>**360 North St MS: ASR01**<br>**Chehalis, WA 98532** | | C | **Property tax**<br><br>**Notice on 2265 Seminary Hill Rd Centralia**<br><br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): 0.00 | 0.00

Total (Report on Summary of Schedules): 61,651.00 | 15,041.00