In re **Philip Allan Lord,** Case No. **09-45940 PHB**
**Rhonda Heather Lord**
,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2) *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | 11 U.S.C. § 522(d)(5) | 25.00 | 25.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank accout for debtor at Security State Bank | 11 U.S.C. § 522(d)(5) | 5,000.00 | 5,000.00 |
| Bank account for joint debtor at Bank of America | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings including television and stereo equipment | 11 U.S.C. § 522(d)(3) | 800.00 | 800.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books  pictures  cds  dvds and miscellaneous | 11 U.S.C. § 522(d)(3) | 250.00 | 250.00 |
| **Wearing Apparel** | | | |
| Wearing apparel | 11 U.S.C. § 522(d)(3) | 600.00 | 600.00 |
| **Furs and Jewelry** | | | |
| Miscellaneous jewelry | 11 U.S.C. § 522(d)(4) | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Fishing gear and video camera | 11 U.S.C. § 522(d)(3) | 400.00 | 400.00 |
| **Stock and Interests in Businesses** | | | |
| Interest in Philip Lord Construction and contractor's business license | 11 U.S.C. § 522(d)(6) | 1,000.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2008 Subaru WRX purchased August 2008 with 10K miles, value per NADA  Joint debtor will keep and make the payments | 11 U.S.C. § 522(d)(2) | 100.00 | 22,450.00 |
| 2006 Dodge Ram 4X4 truck value per NADA clean retail $27,675 purchased Apr 3 2006 | 11 U.S.C. § 522(d)(2)  11 U.S.C. § 522(d)(5) | 3,225.00  1,388.00 | 27,675.00 |
| 2002 YFS 200P Yamaha Blaster 4 wheel ATV, value per NADA | 11 U.S.C. § 522(d)(5) | 790.00 | 790.00 |
| 2006 Moto Cross CRF 450R6 value per NADA | 11 U.S.C. § 522(d)(5) | 100.00 | 2,770.00 |
| 2006 YFS 200SEV Blaster SE 4 Wheel ATV, cost new $3,200 current value abt $1,420,  blue book value abot $1,995  Cargo trailer, cost new $3,400, current value estimated at $2,000, no blue book value available | 11 U.S.C. § 522(d)(5) | 100.00 | 4,100.00 |
| 2006 RM 85K Motocross | 11 U.S.C. § 522(d)(5) | 1,380.00 | 1,380.00 |
| 1998 Yamaha 4 wheel ATV YFS 200K blaster | 11 U.S.C. § 522(d)(5) | 720.00 | 720.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **Philip Allan Lord,**
**Rhonda Heather Lord**
Debtors

Case No. **09-45940 PHB**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Computer and fax** | **11 U.S.C. § 522(d)(5)** | 300.00 | 300.00 |
| **Hand tools, framing tools, foundation panels and miscellaneous forming materials** | **11 U.S.C. § 522(d)(5)** | 7,500.00 | 7,500.00 |
| **Lawn equipment and bicycles** | **11 U.S.C. § 522(d)(5)** | 450.00 | 450.00 |
| | Total: | **24,828.00** | **76,910.00** |

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Philip Allan Lord,** Case No. **09-45940 PHB**
    **Rhonda Heather Lord**
                                            ,
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx5208** <br><br> **American General Finan** <br> **1000 Kresky Ave Ste A** <br> **Centralia, WA 98531** | | C | **Opened 3/26/09 Last Active 6/30/09** <br> **Non PMSI** <br> **2006 YFS 200SEV Blaster SE 4 Wheel ATV, cost new $3,200 current value abt $1,420, blue book value abot $1,995 Cargo trailer, cost new $3,400, current value estimated at $2,000, no blue book value available** | | | | | |
| | | | Value $     4,100.00 | | | | 14,761.00 | 10,661.00 |
| Account No. **xxxxxxxxx5101** <br><br> **Chase Manhattan** <br> **Attn: Bk Research Dept** <br> **3415 Vision Dr** <br> **Columbus, OH 43219** | | C | **Opened 8/01/08 Last Active 6/30/09** <br> **PMSI - Subaru - Joint Debtor will pay** <br> **2008 Subaru WRX purchased August 2008 with 10K miles, value per NADA Joint debtor will keep and make the payments** | | | | | |
| | | | Value $     22,450.00 | | | | 22,730.00 | 280.00 |
| Account No. **xxxxxx6956** <br><br> **Chrysler Financial** <br> **27777 Franklin Rd** <br> **Southfield, MI 48034** | | H | **Opened 4/01/06 Last Active 6/12/09** <br> **PMSI - Dodge Ram - Debtor will pay** <br> **2006 Dodge Ram 4X4 truck value per NADA clean retail $27,675 purchased Apr 3 2006** | | | | | |
| | | | Value $     27,675.00 | | | | 22,692.24 | 0.00 |
| Account No. **xxxxxxxx1853** <br><br> **Gemb/funancing** <br> **Po Box 981439** <br> **El Paso, TX 79998** | | H | **Opened 5/01/07 Last Active 6/14/09** <br> **PMSI** <br> **2006 Moto Cross CRF 450R6 value per NADA** | | | | | |
| | | | Value $     2,770.00 | | | | 5,479.00 | 2,709.00 |
| **_1_** continuation sheets attached | | | Subtotal (Total of this page) | | | | 65,662.24 | 13,650.00 |

In re **Philip Allan Lord,** Case No. **09-45940 PHB**
**Rhonda Heather Lord**
,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx5435**<br><br>**Les Schwab Tire Center**<br>**Po Box 5350**<br>**Bend, OR 97708** | | H | **Opened 4/27/06 Last Active 5/14/09**<br><br>**PMSI**<br><br>**ChargeAccount**<br><br>Value $ **Unknown** | | | | **1,130.49** | **Unknown** |
| Account No.<br><br>**Lewis County Assessor**<br>**360 North St MS: ASR01**<br>**Chehalis, WA 98532** | | C | **Property tax**<br><br>**Notice on 2265 Seminary Hill Rd Centralia**<br><br>Value $ **0.00** | | | | **0.00** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **1,130.49** | **0.00** |
| Total (Report on Summary of Schedules) | **66,792.73** | **13,650.00** |